**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 95-1887**

—————————

DAVID A. BARCROFT,

Plaintiff - Appellant,

versus

ALBERT L. LIEBNO, JR., on behalf of himself
and all others similarly situated; GEORGE
BRUCE HARRISON; JONATHAN L. BEAM; MICHAEL J.
COLE; JOHN R. DAVIS; JOHN R. DIGGS, JR.; EDWIN
P. KARR; RAYMOND KELLAR; DAVID A. MARTIN;
CHARLES MAYS; ROY NOLSON; CHARLES PERTAIN;
RANDY RUDY; ROBERT L. SMITH; FRANK WALTERS;
THOMAS W. WARDROPE; DOUGLAS M. ZELLER,

Plaintiffs - Appellees,

and

MARYLAND STATE POLICE; DAVID B. MITCHELL,
Superintendent Maryland State Police,

Defendants - Appellees.

—————————

**No. 95-1888**

—————————

DAVID A. BARCROFT,

Plaintiff - Appellant,

versus

JOSEPH A. BARKER, JR.; PHILIP M. BERMAN; JOHN
F. BOYD; RICHARD T. BRUNS; CARLETON D. COBB;
THOMAS W. COLBERT; KENNETH W. CROSS, JR.;
JOSEPH L. DAVIS; DONALD HOLLAWAY; ROSWELL E.
JONES; JAMES C. JOYCE; GERRY KEHS; IRVIN
LAMBDIN; CHARLES J. LUKOSKI; CHARLES MAYS;
FRANK MILLS; RICHARD SHARP; JOHN TALBOT, on
behalf of themselves and all others similarly
situated; JOHN R. DIGGS, JR.,

Plaintiffs - Appellees,

and

MARYLAND STATE POLICE; DAVID B. MITCHELL,
Superintendent Maryland State Police,

Defendants - Appellees.

_____

Appeals from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CA-90-925-JFM, CA-92-740-JFM)

_____

Submitted: June 20, 1996          Decided: June 27, 1996

_____

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David A. Barcroft, Appellant Pro Se.  Michael L. Marshall,
SCHLACHMAN, BELSKY & WEINER, P.A., Baltimore, Maryland; Lawrence
Paul Fletcher-Hill, Assistant Attorney General, Baltimore,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order approving a class action settlement agreement. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Barcroft v. Maryland State Police</u>, Nos. CA-90-925-JFM; CA-92-740-JFM (D. Md. Apr. 5, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>